## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | BKY Case No.: 08-46367 |
| ARC Venture Holding, Inc., et al., | Chapter 7 <br> (Jointly Administered) |
| Debtors.¹ | |

_____

| | |
|---|---|
| Brian F. Leonard, Trustee, | |
| Plaintiff, | Adv. No.: 10-4462 |
| vs. | |
| Sprint Nextel, | |
| Defendant. | |

_____

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010, I caused the following documents:

*Summons and Adversary Complaint*

to be mailed by certified mail, return receipt requested and by first class mail, postage paid, to the following:

Sprint Nextel
Attn: Officer/Managing Agent
P.O. Box 7949
Overland Park, KS 66207-0949

---

¹ Jointly administered estates of the following Debtors: ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.

Sprint Nextel
Attn: Officer/Managing Agent
6200 Sprint Parkway
Overland Park, KS 66251

Dated: October 26, 2010

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

429678